

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00313-CR

Jason Lee **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-08-02923-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, we (1) MODIFY the trial court's judgment revoking community supervision to delete the assessment of $340 in court costs and to assess no court costs; (2) AFFIRM the judgment revoking community supervision AS MODIFIED; and (3) GRANT counsel's motion to withdraw.

Additionally, we ORDER the trial court clerk to prepare and file an amended bill of costs deleting the assessment of $45.00 for the preparation of the clerk's record in this appeal.

SIGNED February 13, 2019.

_____
Irene Rios, Justice